**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1650**

VERA SHEPARD CHARLOT,

        Plaintiff – Appellant,

     v.

HONORABLE MICHAEL B. DONLEY, Secretary of the Air Force,

        Defendant – Appellee,

     and

TERRY ST. PETER; DAWN M. MOORE; CLAYTON D. LEISHMAN; UNITED
STATES OF AMERICA,

        Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, Senior
District Judge.  (3:11-cv-00579-MBS)

Submitted:  January 9, 2015        Decided:  February 5, 2015

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vera Shepard Charlot, Appellant Pro Se. Terri Hearn Bailey,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vera Shepard Charlot appeals the district court's orders accepting the recommendations of the magistrate judge and granting summary judgment to Defendants in this action alleging defamation and multiple violations of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Charlot v. Donley, No. 3:11-cv-00579-MBS (D.S.C. Mar. 29 & Sept. 30, 2013; Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED